# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| STATE OF ALASKA, and NORTH SLOPE BOROUGH,<br>*Plaintiffs*<br>v.<br>NATIONAL MARINE FISHERIES SERVICE,<br>*Federal Defendant*<br>and<br>CENTER FOR BIOLOGICAL DIVERSITY,<br>*Defendant Intervenor* | Civil Action No. 3:22-cv-00249-SLG |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT Plaintiffs' challenge is DENIED and this judgment is issued *nunc pro tunc* to the Court's decision on March 20, 2024.

APPROVED:

**s/Sharon L. Gleason**
Sharon L. Gleason
United States District Judge

**Candice M. Duncan**
Candice M. Duncan
Clerk of Court

Date: July 31, 2024

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*